UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM D. NASTASI INDIVIDUALLY AND ON BEHALF OF HIS MINOR SON SEAN NASTASI | CIVIL ACTION |
| VERSUS | NO: 08-677 |
| SWIFT TRANSPORTATION CO., ET AL. | SECTION: "A" (5) |

## ORDER

The Court having reviewed the **Motion for Reconsideration (Rec. Doc. 64)**, and further having reviewed the proposed reply memorandum submitted to the Court (Rec. Doc. 55),

Accordingly;

**IT IS ORDERED** that the Motion for Reconsideration is **DENIED** for the reasons previously given in the Court's Order (Rec. Doc. 56);

**IT IS FURTHER ORDERED** that the Motion for Leave to File Response Memorandum (Rec. Doc. 55 ) is **DENIED AS MOOT**.

July 1, 2009

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE